```
          UNITED STATES DISTRICT COURT
            DISTRICT OF NEW HAMPSHIRE
```

Nar Timsina

    v.                                              Case No. 19-cv-1262-LM

US Social Security Administration, Commissioner


ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 17, 2020, deny plaintiff's motion for an order reversing the Commissioner's decision (Doc. No. 14), grant the Commissioner's motion for an order affirming his decision (Doc. No. 16), and direct the clerk of court to enter judgment and close the case.

                                                    _____
                                                  Landya B. McCafferty
                                                  Chief Judge

Date: September 2, 2020


cc: Counsel of Record